OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711



OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

RTS

02 1R
0002003152
MAILED FROM ZIP CODE 787

$ 00.27⁵
JUN 08 2015

6/1/2015

DRAUGHON, MARTIN ALLEN - Tr. Ct. No. 463729-B    WR-27,511-0

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

*Discharged*

MARTIN ALLEN DRAUGHON
EASTHAM UNIT - TDC #1383751
P. O. BOX 16
LOVELADY, TX  75851

U TF

1EBN3B 75851